James D. Veltrop
Jeremy C. Lowe
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Tel: (860) 275-8100

James P. Doyle
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Tel: (212) 728-2200

*Attorneys for Plaintiff*
PRODUCTION RESOURCE GROUP,
L.L.C.

FILED
U.S. DISTRICT COURT
S.D. OF N.Y. W.P.
2008 JUL 15 A 8:46

08 CIV. 6331

JUDGE KARAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRODUCTION RESOURCE GROUP, L.L.C.,

　　　　Plaintiff,

v.

SGM TECHNOLOGY FOR LIGHTING SpA and TECHNI-LUX, INC.,

　　　　Defendants.

Civil Action No. _____

**RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

### PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Plaintiff Production Resource Group, L.L.C., by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and states as follows:

　　　(1)　Production Resource Group, Inc. is the parent corporation of Plaintiff Production Resource Group, L.L.C.;

(2) PRG Holdings, L.L.C. owns 100% of Production Resource Group, Inc.;

(3) Resolute Fund II owns 65% of PRG Holdings, L.L.C.; and

(4) No publicly held company owns 10% or more of the stock of Production Resource Group, L.L.C.


Dated:  July 15, 2008                         Respectfully submitted,

                                                                          _____
                                                                          James D. Veltrop
                                                                          Jeremy C. Lowe
                                                                          AXINN, VELTROP & HARKRIDER LLP
                                                                          90 State House Square
                                                                          Hartford, CT 06103
                                                                          Tel: (860) 275-8100
                                                                          Fax: (860) 275-8101

                                                                          James P. Doyle
                                                                          AXINN, VELTROP & HARKRIDER LLP
                                                                          114 West 47th Street
                                                                          New York, NY 10036
                                                                          Tel: (212) 728-2200
                                                                          Fax: (212) 728-2201

                                                                          *Attorneys for Plaintiff*
                                                                          PRODUCTION RESOURCE GROUP, L.L.C.